IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEE R. MOORE**                                                                                          **PLAINTIFF**

V.                                                  **4:14CV00419 JM**

**STATE OF ARKANSAS**                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to state a claim.

IT IS SO ADJUDGED this 24th day of July, 2014.

_____
James M. Moody Jr.
United States District Judge